**Order filed January 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00921-CV
_____

### MICHAEL A. GARDOCKI, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

---

**On Appeal from County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-CCV-048656**

---

## ORDER

This appeal is from a judgment signed September 18, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 13, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Unless appellant pays or make arrangements to pay for the record and provides this court with proof of payment, on or before **January 23, 2013,** the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM